In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00015-CR
_____

JAMES DALE PULLIN JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 9th District Court
Montgomery County, Texas
Trial Cause No. 11-09-09734 CR

MEMORANDUM OPINION

On December 3, 2013, the trial court sentenced James Dale Pullin Jr. on a conviction for failure to report change of address. On January 6, 2014, Pullin filed a notice of appeal dated January 2, 2014. *See* Tex. R. App. P. 9.2(b). The trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On January 13, 2014, we notified the parties that we would dismiss the appeal unless

1

the appellant established grounds for continuing the appeal. No response has been filed. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

    _____
            CHARLES KREGER
            Justice

Opinion Delivered March 12, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.